JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Golan Nedjat Haiem,<br><br>    Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC.;<br>and DOES 1 through 100,<br>inclusive,<br><br>    Defendant. | Case No. 2:25-cv-08836-AB-AGR<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if the settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates and deadline are **VACATED**.

Dated: November 6, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.